OA 91 Criminal Complaint

# United States District Court

NORTHERN DISTRICT OF CAILFORNIA

UNITED STATES OF AMERICA
V.
HECTOR DAVID LOPEZ-BANUELOS

CRIMINAL COMPLAINT

Case Number: 13-71054 HRL

*Filed SEP 4 2013 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE*

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state that the following is true and correct to the best of my knowledge and belief. On or about May 9, 2013 in Monterey County, in the Northern District of California defendant(s) did,

(Track Statutory Language of Offense)

possession with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine

in violation of Title 21 United States Code, Section(s) 841(a)(1)

Penalties: Maximum 40 years imprisonment
Minimum 5 years imprisonment
Maximum $5,000,000 fine
Minimum 4 years supervised release
$100 special assessment fee

No Bail Arrest Warrant Requested

I further state that I am a(n) Special Agent, Dept. of Homeland Security and that this complaint is based on the following facts:

Please see attached affidavit.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Approved As To Form: Jeff Nedrow AUSA   9/3/13

Name/Signature of Complainant

Sworn to before me and subscribed in my presence,

Date 9/4/13

at San Jose, California
City and State

HOWARD R. LLOYD    U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT OF DWAYNE SANCHEZ

I, Dwayne Sanchez, Special Agent with Homeland Security Investigations being duly sworn, do declare and state:

### Background

1. I am a Special Agent of the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) and have been so employed since March 2003. Prior to my current position, I was employed with the U.S. Immigration and Naturalization Service from 1995 to 2003. I am currently assigned to the HSI office in San Jose.

2. During my law enforcement career, I have conducted or participated in criminal investigations involving immigration violations, criminal street gangs, narcotics trafficking, child exploitation, and intellectual property rights violations. As a part of my current job responsibilities, I work with Monterey County local law enforcement officials with the Peninsula Regional Violence and Narcotics Team (PRVNT).

3. This Affidavit is made in support of a Criminal Complaint charging **Hector David Lopez-Banuelos** with Possession of Methamphetamine with the Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1).

4. Because this Affidavit is submitted for the limited purpose of establishing probable cause, I have not included each and every fact known to me that supports probable cause for arrest. Rather, I have set forth only the facts I believe are necessary to support the lawful arrest of the individual listed in this Affidavit.

1

5. Where statements made and actions taken by other individuals (including other law enforcement officers) are referenced in this Affidavit, such statements and actions are described in sum and substance and in relevant part only. Similarly, where information contained in reports and other documents or records are referenced in this Affidavit, such information is also described in sum and substance and in relevant part only.

**Statement of Probable Cause**

6. I learned the following from conferring with officers of the as well as reviewing reports prepared by PRVNT officers in Monterey County:

   a. On May 9, 2013 at approximately 0900 hours, PRVNT officers, along with a Monterey County probation officer, conducted a state probation search at 31 Deer Street, Unit # 7, Salinas, California, 93901, the residence of Hector David Lopez-Banuelos.

   b. Lopez-Banuelos is currently subject to a three-year term of probation with Search and Seizure Waivers for drug charges as a result of a November 2010 state felony conviction for possession of a controlled substance, Monterey County case # CRSS090103A.

   c. On May 9, 2013, Lopez-Banuelos and his girlfriend were seen leaving Unit # 7 and getting into the driver's seat of a silver Nissan Pathfinder (California License Plate # 6XQF508). Lopez-Banuelos was approached by police officers of the Peninsula Regional Violence and Narcotics Team (PRVNT) and told that a probation search was being conducted.

2

d. Lopez-Banuelos was asked if he owned any other cars other than the Nissan Pathfinder. LOPEZ-Banuelos stated that he owned a Black GMC pick up truck (24710D1) and a Black Lexus (5UYF494) which was parked next to the Pathfinder.

e. On the floor board behind the driver's seat of the Lexus was a small Gucci hand bag. Located in the inside the bag was a plastic sandwich baggie. In the sandwich baggie was a "baseball" size chunk of compacted cocaine, which appeared to have been broken off a much larger "brick" of cocaine.

f. In the course of the probation search of Unit #7, officers found, located in the kitchen of Unit # 7, 31 Deer Street, Salinas, California, a digital scale with a white crystal substance on it. Agents found next to the scale a bowl with a powdery substance which appeared to be a "cutting agent."

g. On the kitchen counter, officers found a black notebook containing several names and numbers, which appeared to be "pay-owe" sheets.

h. Located behind some garbage bags on top of a dresser in the back yard, officers found a Louis Vuitton purse containing seven individual packaged "baseball" size bags of cocaine and one bag of methamphetamine. Officers also found a loaded .9 mm Smith and Wesson handgun on top of the dresser. In addition, agents found a ballistic (bulletproof) vest in a closet.

i. In the bottom drawer of the same dresser, agents found a Tupperware container which contained large crystal shards of suspected methamphetamine. The weight of the suspected methamphetamine in the container was approximately 16.45 oz. The suspected methamphetamine was field-tested, with the test indicating positive for methamphetamine.

3

    j. Lopez-Banuelos was read his Miranda rights. Lopez-Banuelos answered "yes" when asked if he understood his rights. Lopez-Banuelos told officers, in sum and substance, that everything found belonged to him.

7. On May 9, 2013, Lopez-Banuelos was arrested and transported to Monterey County Jail without incident.

8. Based on the foregoing, I hereby assert that probable cause exists to believe that Hector David Lopez-Banuelos violated Title 21, United States Code, Section 841(a)(1), Possession of Methamphetamine with the Intent to Distribute. I therefore respectfully request that a warrant be issued for his arrest.

Dwayne Sanchez
Special Agent
Homeland Security Investigations

Sworn to and subscribed before me
this ___ day of September, 2013

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE